STATE of Missouri, Respondent,

v.

George SULLIVAN, a/k/a Logan McKinley, Appellant.

No. WD 37631.

Missouri Court of Appeals,
Western District.

May 20, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 26, 1986.

Application to Transfer Denied Sept. 16, 1986.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, C.J., and NUGENT and GAITAN, JJ.

#### ORDER

PER CURIAM:

Appeal from jury-trial convictions of robbery in the first degree, § 569.020, R.S.Mo. (1978), and armed criminal action, § 571.-015, R.S.Mo. (1978), and sentence to consecutive ten-year and five-year terms of imprisonment.

Judgment affirmed. Rule 30.25(b).

Willie WILLIAMS, Appellant,

v.

STATE of Missouri, Respondent.

No. 50234.

Missouri Court of Appeals,
Eastern District,
Division Six.

May 20, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 1, 1986.

Application to Transfer Denied Sept. 16, 1986.

Dave Hemingway, St. Louis, for appellant.

William Webster, Atty. Gen., Jefferson City, for respondent.

#### ORDER

PER CURIAM.

Movant appeals after denial of his Rule 27.26 motion with an evidentiary hearing; he failed to prove his trial counsel was ineffective. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for the order affirming the judgment in accordance with Rule 84.16(b).